UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH HUGHES,
                        Plaintiff,

           -against-

JEFFREY BEERS INTERNATIONAL, LLC, et al.,
                        Defendants.
------------------------------------------------------------X

21 Civ. 2974 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for June 10, 2021. Dkt. No. 9.

    WHEREAS, on June 1, 2021, the parties filed a joint letter and proposed case management plan. Dkt. No. 8.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. *See* Dkt. No. 8. It is hereby

    **ORDERED** that the June 10, 2021, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. A Civil Case Management Plan and Scheduling Order will issue separately. It is further

    **ORDERED** that, in their **August 16, 2021**, status letter the parties shall indicate whether they would like a referral to the Court-annexed Mediation Program at that time.

Dated: June 4, 2021
       New York, New York

                                                   **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**