

October 13, 2021

**VIA ECF**

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York  10019-6022
United States

Hon. Lorna G. Schofield
U.S. District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Direct line +1 212 318 3046
nandini.rao@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re:     Hughes v. Jeffrey Beers International LLC et al
        Case No.: 21-cv-2974 (LGS)

Dear Judge Schofield:

We represent Defendants and write jointly with Plaintiff's counsel to provide an update regarding
the status of the settlement in this matter.  The parties have exchanged drafts of a settlement
agreement, which includes an intellectual property license that the parties have negotiated over
the past few weeks.  Now that the terms of the license have been agreed upon, Plaintiff has
twenty-one (21) days to consider the agreement per New York law and, assuming she does not
revoke her signature, Defendants have fourteen (14) days after the expiration of the 21-day
revocation period to issue payment.  Accordingly, the parties anticipate consummating settlement
and finalizing payment by the week of November 22, 2021 and will file a stipulation of dismissal
once settlement has been finalized.  Given these circumstances, we ask that the thirty (30) day
deadline provided for in the Court's Order dated September 17, 2021 be extended for an
additional forty-five (45) days to provide sufficient time for the Parties to consummate the
Settlement Agreement.

Respectfully submitted,

*/s/ Nandini Rao*

Nandini Rao

cc (via ECF):   Ralph Dawson, Esq.
                Jesse Rose, Esq.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose
Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright
Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory
information, are available at nortonrosefulbright.com.