UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— X
                                                          :
ELIZABETH HUGHES,                                         :
                                                          :
                              Plaintiff,                  :
        v.                                                :   Civil Action No.:
                                                          :   1:21-cv-02974
                                                          :
JEFFREY BEERS INTERNATIONAL LLC and                       :   **STIPULATION OF DISMISSAL**
JEFFREY BEERS individually,                               :
                                                          :
                              Defendants.                 :
                                                          :
———————————————————————— X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the above-entitled action between Plaintiff and Defendants is, hereby dismissed in its entirety, with prejudice and without costs, fees, or disbursements to any party as against any other party.

    IT IS FURTHER STIPULATED AND AGREED that execution of this Stipulation of Dismissal by PDF or facsimile will be deemed an original.

Dated: New York, New York
       November 11, 2021

| THE ROSE LAW GROUP, PLLC | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| By: /s/Jesse C. Rose | By: */s/ Nandini Rao* |
| Jesse Rose, Esq. | Nandini Rao, Esq. |
| 3272 Steinway Street; Suite 503 | 1301 Avenue of the Americas |
| Astoria, New York 11103 | New York, New York 10019 |
| Telephone: (718) 740-1000 | Telephone: (212) 318-3000 |
| JRose@TheRoseLawGroup.com | nandini.rao@nortonrosefulbright.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

- 12 -

So Ordered:

_____
      U.S.D.J.