UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— X
ELIZABETH HUGHES,

                Plaintiff,

v.

JEFFREY BEERS INTERNATIONAL LLC and
JEFFREY BEERS individually,

                Defendants.
———————————————————————— X

Civil Action No.:
1:21-cv-02974

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the above-entitled action between Plaintiff and Defendants is, hereby dismissed in its entirety, with prejudice and without costs, fees, or disbursements to any party as against any other party.

IT IS FURTHER STIPULATED AND AGREED that execution of this Stipulation of Dismissal by PDF or facsimile will be deemed an original.

Dated: New York, New York
      November 11, 2021

| THE ROSE LAW GROUP, PLLC | NORTON ROSE FULBRIGHT US LLP |
|---|---|
| By: /s/Jesse C. Rose | By: /s/ Nandini Rao |
| Jesse Rose, Esq. | Nandini Rao, Esq. |
| 3272 Steinway Street; Suite 503 | 1301 Avenue of the Americas |
| Astoria, New York 11103 | New York, New York 10019 |
| Telephone: (718) 740-1000 | Telephone: (212) 318-3000 |
| JRose@TheRoseLawGroup.com | nandini.rao@nortonrosefulbright.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

So Ordered.

Dated: December 3, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**